# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CATO SELLS, JR., | 3:08-CV-0170-BES (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | November 5, 2008 |
| E.K. McDANIEL, et al., | |
| Defendants. | |

PRESENT:  <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>JENNIFER COTTER</u>    REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Joinder of Renee Baker (Doc. #17). Defendants have opposed the Motion (Doc. #21) and there has been no reply.

Plaintiff moves to join Renee Baker as a party to this case for the purposes of conducting discovery without stating any claim for relief against her. Plaintiff relies on Fed. R. Civ. P. 19 and 20 in support of his Motion.

Neither Fed. R. Civ. P. 19 and 20 support the proposition that a party can be joined for discovery purposes only. To the contrary, both Rules refer to joinder of parties against whom a claim is asserted.

The Federal Rules of Civil Procedure have other methods of obtaining discovery from third parties.

Plaintiff's Motion for Joinder of Renee Baker (Doc. #17) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:   /s/
      Deputy Clerk