# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CATO SELLS, JR., | 3:08-CV-170-BES-RAM |
| Plaintiff, | |
| v. | **ORDER** |
| E.K. MCDANIEL, et al., | |
| Defendants. | |

Before the Court is the Report and Recommendation of the United States Magistrate Judge (#64) ("Recommendation") entered on April 9, 2009, in which the Magistrate Judge recommends that this Court grant plaintiff's Motion for a Preliminary Injunction (#39). No objection to the Report and Recommendation has been filed.

## I. DISCUSSION

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Further, under 28 U.S.C. § 636(b)(1), if a party makes a timely objection to the magistrate judge's recommendation, then this Court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made."[1] Nevertheless, the statute does not "require[ ] some lesser review by [this Court] when no objections are filed." Thomas v. Arn, 474 U.S. 140, 149–50 (1985). Instead, under the statute, this Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." Id. at 149. Similarly, the Ninth

---

[1] For an objection to be timely, a party must serve and file it within 10 days after being served with the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C).

1

1 | Circuit has recognized that a district court is not required to review a magistrate judge's report
2 | and recommendation where no objections have been filed. See United States v. Reyna-Tapia,
3 | 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district
4 | court when reviewing a report and recommendation to which no objections were made); see
5 | also Schmidt v. Johnstone, 263 F.Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth
6 | Circuit's decision in Reyna-Tapia as adopting the view that district courts are not required to
7 | review "any issue that is not the subject of an objection."). Thus, if there is no objection to a
8 | magistrate judge's recommendation, then this Court may accept the recommendation without
9 | review. See e.g., Johnstone, 263 F.Supp. 2d at 1226 (accepting, without review, a magistrate
10 | judge's recommendation to which no objection was filed).

11 | In this case, defendants have not filed an objection to the Magistrate Judge's Report
12 | and Recommendation. Although no objection was filed, this Court has reviewed the Report
13 | and Recommendation (#64), and accepts it. Accordingly,

14 | IT IS HEREBY ORDERED that plaintiff's Motion for a Preliminary Injunction (#39) is
15 | GRANTED..

16 | IT IS SO ORDERED.

17 | DATED: This 15th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE