AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*  DISTRICT OF  NEVADA

WILLIAM CATO SELLS, JR.,

    Plaintiff,  JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:08-CV-00170-RCJ-WGC**

E.K. McDANIEL, et al.,

    Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Involuntary Dismissal Pursuant to Fed. R. Civ. P. 41(b) (Dkt #123) is GRANTED.


  3/30/2012        **LANCE S. WILSON**
      Clerk

      /s/ Pamela McDonald
      Deputy Clerk